BEFORE THE THIRD DIVISION, JANUARY 11, 1943

No. 47900.—Protest 61695–K of Pacific Vegetable Oil Corp. (San Francisco).

Opinion by KEEFE, J.   At the trial it was established that this merchandise was weighed by the Government weigher and also on behalf of the importer, by public weighmasters.   From the testimony it was clearly apparent that the bags did not contain uniform quantities of sesame seed and that the Government weigher proceeded contrary to regulations in not requiring the entire shipment to be weighed.   It was found that the shipment in question weighs net 446,522½ pounds rather than 450,405 pounds, as reported by the Government weigher. The collector was directed to reliquidate the entry and make refund accordingly.

JANUARY 6, 1943

No. 47901.—                                                  —Protests 978146–G, etc., of Eurasia Import Co., Inc.   C. D. 693.   Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, JANUARY 13, 1943

No. 47902.—Petition 6234–R of Commercial Decal Products, Inc. (New York).

Opinion by OLIVER, P. J.   It appeared from the testimony that this was the first importation of decalcomanias from England by the petitioning company. The broker was instructed to enter at the invoiced value.   When securing information from abroad, at the request of the examiner, the witness testified he discovered he had purchased the merchandise from a jobber, whereas he believed he was purchasing from the manufacturer.   Prior to trial, the case being appealed by the collector, a stipulation was entered into between counsel stipulating the correct dutiable value.   This price represented the price of this jobber to the customers in England.   From the record the court was convinced that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts.   The petition was therefore granted.

No. 47903.—Petitions 6214–R, etc., of G. Klein & Sons (New York).

Opinion by OLIVER, P. J.   From the testimony of a member of the petitioning firm and an examination of the record the court was satisfied there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts.   The petitions were therefore granted.